UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: CV - _____

| | |
|---|---|
| DENIS G. CLARK<br><br>Plaintiff,<br>v.<br><br>SUPERIOR ASSET MANAGEMENT, INC.<br><br>Defendant. | **COMPLAINT**<br><br><br>**JURY TRIAL DEMANDED** |

## JURISDICTION/VENUE

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

2. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

3. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

## PARTIES

4. Plaintiff Denis G. Clark, is a natural person who resides in the City of Pittsburgh, County of Allegheny, Commonwealth of Pennsylvania, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

5. Defendant Superior Asset Management, (hereinafter "Defendant Superior Asset") is a Georgia corporation and a collection agency with its principal address at 400 Northpark Town Ctr., 1000 Abernathy Road, North East, Suite 165, Atlanta, Georgia, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6). Defendant's Registered Agent is

-1-

Corporation Service Company, 40 Technology Parkway, SO #300, Norcross, Georgia 30092.

## FACTUAL ALLEGATIONS

6. Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes, that went into default for late payment, and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

7. The Plaintiff's alleged debt was consigned, placed or otherwise transferred to Defendant for collection from Plaintiff, when thereafter Plaintiff started receiving collection communications from Defendant in an attempt to collect this debt.

*Recorded Messages left on Plaintiff's answering machine*

8. Within the past year, the following messages were left on Plaintiff's answering machine by Defendant Superior Asset:

    (a) This is an important message for Denis Clark. This is not a sales or marketing call. Please call Pat Barnes at 1-800-895-2989. Again, please call Pat Barnes at 1-800-895-2989. Thank you for your time and attention.

    (b) This is an important message for Denis Clark. This is not a sales or marketing call. Please call Pat Barnes at 1-800-895-2989. Again, please call Pat Barnes at 1-800-895-2989. Thank you for your time and attention.

9. The aforementioned calls from Defendant Superior Asset to Plaintiff are collection communications in violation of 15 U.S.C.§ 1692e(11) the FDCPA.

## CAUSE OF ACTION

### COUNT I.

### VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

### 15 U.S.C. § 1692 et seq.

10. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

11. The foregoing intentional and negligent acts and omissions of the Defendant constitute a violation of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq.

12. As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to damages and, reasonable attorney's fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against the Defendant:

### COUNT I.

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

### 15 U.S.C. § 1692 et seq.

- for an award of damages; and
- for an award of costs of litigation and reasonable attorney's fees.

Respectfully submitted,

Date:

**JEFFREY L. SUHER, P.C.**

-3-

By: s/**Jeffrey L. Suher**
Jeffrey L. Suher, Esq.
Attorney I.D.#74924
4328 Old William Penn Highway, Suite 2J
Monroeville, PA 15146
Telephone: (412) 374-9005
Facsimile: (412) 374-0799
lawfirm@jeffcanhelp.com

**Attorney for Plaintiff**

-4-