UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: CV -08--292

| | |
|---|---|
| DENIS G. CLARK<br><br>Plaintiff,<br>v.<br><br>SUPERIOR ASSET MANAGEMENT, INC.<br><br>Defendant. | Judge Donetta W. Ambrose<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

IT IS HEREBY AGREED to by the Plaintiff and his/her attorney, Jeffrey L. Suher, P.C. and Jeffrey L. Suher, Esquire, that the above-entitled action against Defendants shall be and is hereby dismissed with prejudice.

Respectfully submitted,

Dated:  March 25, 2008            **JEFFREY L. SUHER, P.C.**

By:  **s/Jeffrey L. Suher**
Jeffrey L. Suher, Esquire
Attorney I.D.#74924
4328 Old William Penn Highway, Suite 2J
Monroeville, PA 15146
Telephone:  (412) 374-9005
Facsimile: (412) 374-0799
lawfirm@jeffcanhelp.com

Attorneys for Plaintiff

-1-